UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPHINE A. MCQUAIL | ) |
| | ) |
| | ) No. 2:13-0061 |
| v. | ) Judge Sharp |
| | ) |
| TENNESSEE BOARD OF REGENTS | ) |
| | ) |

## O R D E R

Due to counsel filing the proposed case management order (Docket No. 16), the hearing scheduled for December 18, 2013, is hereby cancelled.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE